# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

| | | |
|---|---|---|
| Link Investment Co., | ) | |
|    Plaintiff, | ) | Case No.: 2:20-cv-03878-DCN |
| v. | ) | IN ADMIRALTY |
| Jiangsu Steamship Pte. Ltd., | ) | (Non-Jury) |
| Jiangsu Steamship Co. Ltd., | ) | |
| Jiangsu Huaxi Ocean Shipping | ) | **ORDER APPOINTING** |
|  Management Co. Ltd, and | ) | **REPRESENTATIVE TO SERVE** |
| Spring Sunshine Shipping Ltd, | ) | **VESSEL WITH WARRANT OF** |
| | ) | **ARREST** |
|    Defendants, | ) | |
| and | ) | |
| Master of the M/V SPRING SUNSHINE, | ) | |
| IMO 9628049, | ) | |
|    Garnishee. | ) | |

    UPON consideration of the motion of Plaintiff Link Investment Co. to appoint representative to serve vessel with warrant of arrest on behalf of the United States Marshal, and good cause having been shown;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED, and representatives of Global Maritime Security, Inc. (including, but not limited to, John D. Saltzman) be appointed as representatives of the United States Marshal to serve the Writ of Attachment on the M/V SPRING SUNSHINE in place of the United States Marshal for the United States District Court for the District of South Carolina;

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Global Maritime Security, Inc. shall report the results of the attachment to the United States Marshal for the

United States District Court for the District of South Carolina and cause to be filed a return of service with this Court following service of the Writ of Attachment..

    SO ORDERED at Charleston, South Carolina.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

November 9, 2020
Charleston, South Carolina