# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

| | |
|---|---|
| Link Investment Co., ) | |
| ) | |
|    Plaintiff, ) | Case No.: 2:20-cv-03878-DCN |
| ) | |
| v. ) | IN ADMIRALTY |
| ) | |
| Jiangsu Steamship Pte. Ltd., ) | (Non-Jury) |
| Jiangsu Steamship Co. Ltd., ) | |
| Jiangsu Huaxi Ocean Shipping ) | **ORDER APPOINTING SUBSTITUTE** |
|  Management Co. Ltd, and ) | **CUSTODIAN OF VESSEL** |
| Spring Sunshine Shipping Ltd, ) | |
| ) | |
|    Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Master of the M/V SPRING SUNSHINE, ) | |
| IMO 9628049, ) | |
| ) | |
|    Garnishee. ) | |

     Plaintiff in the above-captioned action, having filed a Verified Complaint and having moved for issuance of process under Rule B of the Supplemental Admiralty Rules for attachment of the M/V SPRING SUNSHINE ("Vessel"), and this Court having considered the Verified Complaint and the Affidavit of John D. Saltzman; it is

     HEREBY ORDERED, that John D. Saltzman be, and is hereby, appointed the custodian of said vessel to retain the same in his custody for possession and safekeeping until further Order of the Court; and it is further

     ORDERED, that Global Maritime Security Inc., in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all

others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the vessel, her engines, tackle, appurtenances, furnishings, etc. from the date of the transfer of possession of said vessel, her engines, tackle, appurtenances, furnishings, etc.; and it is further

ORDERED that Global Maritime Security Inc. shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody; and it is further

ORDERED that the United States Marshal for the District of South Carolina shall surrender the possession of the Vessel to the substitute custodian named herein upon executing the warrant in this action; and it is further

ORDERED that all United States Marshal's costs be paid prior to release of said Vessel, and it is further

ORDERED that the substitute custodian must issue receipt for Vessel and the United States Marshal must attest to the date and time of release on a certified copy thereof.

SO ORDERED at Charleston, South Carolina.

November 9, 2020  
Charleston, South Carolina

DAVID C. NORTON  
UNITED STATES DISTRICT JUDGE