IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Link Investment Co., | ) |
|    Plaintiff, | ) Case No.: 2:20-cv-03878-DCN |
| v. | ) IN ADMIRALTY |
| Jiangsu Steamship Pte. Ltd., <br> Jiangsu Steamship Co. Ltd., <br> Jiangsu Huaxi Ocean Shipping <br>  Management Co. Ltd, and <br> Spring Sunshine Shipping Ltd, | ) **ORDER FOR** <br> ) **ISSUANCE OF A WARRANT OF** <br> ) **ATTACHMENT PURSUANT TO** <br> ) **ADMIRALTY RULE B** |
|    Defendants, | ) |
| and | ) |
| Master of the M/V SPRING SUNSHINE, <br> IMO 9628049, | ) |
|    Garnishee. | ) |

     Upon considering the motion of plaintiff Link Investment Co. for this Court to issue an order under Admiralty Rule B, permitting the attachment of the property of Jiangsu Steamship Pte Ltd in this district, M/V SPRING SUNSHINE, IMO 9628049, as more fully set forth in the Verified Complaint, and.

     Upon reading the Verified Complaint for issuance of a warrant of attachment and the verification thereto, the Court finds that the conditions for an action under Admiralty Rule B appear to exist:

     **IT IS HEREBY ORDERED** that the Clerk shall issue warrant of attached as prayed for in the Verified Complaint;

**IT IS FURTHER ORDERED,** that any person claiming an interest in the property attached pursuant to said Order, upon application to the Court be entitled to a prompt hearing in which the plaintiff shall be required to show why the attachment should not be vacated or other relief granted; and

**IT IS FURTHER ORDERED** that a copy of this order be attached to and served with the said warrant of attachment.

**IT IS FURTHER ORDERED** that Link Investment Co. will release and hold harmless and indemnify the U. S. Marshal from and against all claims in liability arising out of the care and custody or the attachment of M/V SPRING SUNSHINE.

**AND IT IS SO ORDERED**.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

November 9, 2020
Charleston, South Carolina