# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

| | |
|---|---|
| Link Investment Co., ) | |
| ) | |
|    Plaintiff, ) | Case No.: 2:20-cv-03878-DCN |
| ) | |
| v. ) | IN ADMIRALTY |
| ) | |
| Jiangsu Steamship Pte. Ltd., ) | **WARRANT OF ATTACHMENT** |
| Jiangsu Steamship Co. Ltd., ) | |
| Jiangsu Huaxi Ocean Shipping ) | |
|  Management Co. Ltd, and ) | |
| Spring Sunshine Shipping Ltd, ) | |
| ) | |
|    Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Master of the M/V SPRING SUNSHINE, ) | |
| IMO 9628049, ) | |
| ) | |
|    Garnishee. ) | |

**TO THE UNITED STATES MARSHAL OF THE DISTRICT OF SOUTH CAROLINA:**

The Verified Complaint in the above captioned proceeding was filed on November 5, 2020.

In accordance with Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, you are directed to attach the property of Jiangsu Steamship Pte Ltd. located in this District, namely M/V SPRING SUNSHINE, IMO 9628049, her bunkers, engines, tackle, apparel, furniture, equipment and all other necessaries appertaining and belonging.

You shall also give notice of the attachment to all persons as required by the appropriate supplemental rule, local admiralty rule and practices of your office.

**YOU ARE FURTHER COMMANDED** to file your return of this Process with the Clerk of this Court promptly upon the execution thereof.



Robin L. Blume, CLERK
United States District Court
District of South Carolina

By  s/John P. Bryan, Jr.
Deputy Clerk

Issued   November 9   , 2020.